FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tatyana Silva,<br><br>           Plaintiff,<br><br>vs.<br><br>Panasonic Corporation of North America, Inc., d/b/a/ Panasonic Energy Corporation of North America, Inc., a Delaware corporation; and DOES 1-10,<br><br>           Defendants. | Case No: 3:23-cv-00556-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR ENTRY OF CLERK'S DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff's Motion for Entry of Clerk's Default (ECF No. 5) be withdrawn and that Defendant will have up to and including December 15, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first request for an extension regarding the Complaint.  Defendant made a miscalculation as to the deadline

1. and will need additional time to respond to the Complaint.

| MCCRACKEN, STEMERMAN & HOLSBERRY, LLP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Sarah Grossman-Swenson<br>Sarah Grossman-Swenson, Esq.<br>Nevada Bar No. 11979<br>1630 S. Commerce Street<br>Suite 1-A<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiffs | By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2023.