FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tatyana Silva, | Case No: 3:23-cv-00556-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: PROTOCOL RE: ANONYMOUS WITNESSES** |
| vs. | |
| Panasonic Corporation of North America, Inc., d/b/a/ Panasonic Energy Corporation of North America, Inc., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record as follows regarding the Employee 1 – Employee 7 (collectively, the "Anonymous Witnesses") referenced in Plaintiff's Complaint (ECF No. 1).

1. Within five days of the entry of an order relating to this Stipulation and Order, Plaintiff will disclose the names and contact information (street address, email address and telephone numbers) for the Anonymous Witnesses to allow Defendant an opportunity to investigate factual matters relating to the Anonymous Witnesses and potentially depose them in the future.

- 1 -

FP 49284624.1

2. Defendant agrees that the true names of the Anonymous Witnesses will not be disclosed in public filings without the permission of the Anonymous Witness in question, or as may be permitted by further order of the Court.

3. With respect to any of the Anonymous Witnesses who are still employed by Defendant, unless otherwise agreed or as permitted by further order of the Court, the disclosure of the fact that they are one of the Anonymous Witnesses named in the Complaint will be limited within the Panasonic organization to: (a) personnel within the Panasonic Legal Department; (b) Office of Ethics and Compliance Investigators (who may conduct witness interviews); and (c) any other person within the organization who is a decision-maker in this case with respect to litigation strategy or settlement authority.

4. If any dispute or issue arises regarding the protocols set forth in this Stipulation and Order, the parties will proceed as outlined in Paragraph V B of Judge Baldwin's Civil Standing Order (ECF No. 9).

| MCCRACKEN, STEMERMAN & HOLSBERRY, LLP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Sarah Grossman-Swenson<br>Sarah Grossman-Swenson, Esq.<br>Nevada Bar No. 11979<br>1630 S. Commerce Street<br>Suite 1-A<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 1, 2024

FP 49284624.1