1 | Sarah Grossman-Swenson, SBN 11979
2 | Kimberley C. Weber, SBN 14434
    | Luke N. Dowling, SBN 16524
3 | McCRACKEN, STEMERMAN & HOLSBERRY, LLP
    | 1630 South Commerce Street, Suite A-1
4 | Las Vegas, Nevada 89102
    | Phone: (702) 386-5107
5 | Facsimile: (702) 386-9848
    | Email:  sgs@msh.law
6 |         kweber@msh.law
7 |         ldowling@msh.law

*Attorneys for Plaintiff Tatyana Silva*

9 | Scott M. Mahoney, SBN 1099
    | Fisher Phillips
10 | 300 S. Fourth Street, Suite 1500
    | Las Vegas, NV 89101
11 | Phone: (702) 252-3131
    | Facsimile: (702) 252-7411
12 | Email: smahoney@fisherphillips.com

13 | Brett M. Wendt (*Pro Hac Vice*)
14 | Fisher Phillips
    | 1125 17th Street, Suite 2400
15 | Denver, CO 80202
    | Phone: (303) 208-3635
16 | Facsimile: (303) 218-3651
17 | Email: bwendt@fisherphillips.com

18 | Amanda E. Brown (*Pro Hac Vice*)
    | Fisher Phillips
19 | 500 Crescent Court, Suite 300
    | Dallas, Texas 75201
20 | Phone: (214) 220-8336
21 | Facsimile: (214) 220-9122
    | Email: amebrown@fisherphillips.com

*Attorneys for Defendant Panasonic
23 | Corporation of North America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tatyana Silva, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>Panasonic Corporation of North America, Inc., d/b/a/ Panasonic Energy Corporation of North America, Inc., a Delaware corporation; and DOES 1-10, <br><br>　　　　Defendants. | Case No: 3:23-cv-00556-ART-CBC <br><br>**ORDER GRANTING STIPULATION TO EXTEND REBUTTAL EXPERT DEADLINE** <br><br>**(Second Request)** |

　　　　Plaintiff, Tatyana Silva ("Plaintiff"), by and through her counsel of record, McCracken, Stemerman & Holsberry, LLP, and Defendant, Panasonic Corporation of North America, Inc. ("Defendant'), by and through its counsel of record, Fisher Phillips LLP, hereby stipulate and agree to extend the rebuttal expert deadline as further specified below.  This request is based on the following:

　　　　1.　　Plaintiff filed her Complaint on November 9, 2023 (Dkt. 1), and Defendant filed its Answer on December 15, 2023 (Dkt. 8).

　　　　2.　　The Parties filed a Joint Case Management Report on January 29, 2024 (Dkt. 14), and the Court adopted case management scheduling deadlines on January 30, 2024 (Dkt. 16).

　　　　3.　　Pursuant to Local Rule 26-3, the Parties submit the following statements:

　　　　　　a.　　**Discovery Completed.**  Since the last Stipulation and Order was filed on February 27, 2025 (Dkt. 40), Plaintiff made her expert disclosures on March 3, 2025.

　　　　　　b.　　**Remaining Discovery.**  Rebuttal expert reports and additional depositions of Plaintiff, lay witnesses, medical providers, and experts.

- 2 -

FP 54398763.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

   c. **Reason for Extension.** Certain materials have been precautionarily withheld by Plaintiff's expert and the Parties are working amicably to resolve the issue in a timely and efficient manner. Until the documents that are being withheld are provided, Defendant cannot make a full evaluation and prepare its rebuttal expert disclosure. The Parties have agreed that Defendant's rebuttal deadline will be 30-days following the disclosure of the withheld materials.

   d. **Current deadlines and proposed schedule:** The current deadline for complete disclosure of rebuttal expert testimony is April 3, 2025. The Parties propose to extend Defendant's rebuttal expert testimony deadline to 30-days following the disclosure of the materials withheld by Plaintiff.

4. This is the second request for an extension of time to disclose rebuttal expert testimony and is made more than 21 days in advance of the current discovery cut-off date of May 23, 2025.

5. This request is made in good faith and not for the purpose of delay. The Parties have been working diligently to resolve the issue of the withheld documents in a timely and efficient matter and additional time is needed for Defendant to disclose its rebuttal expert testimony following the receipt of the withheld documents.

Dated: April 3, 2025

| MCCRACKEN, STEMERMAN & HOLSBERRY, LLP | FISHER & PHILLIPS LLP |
|---|---|
| By:_/s/Sara Grossman-Swenson, Esq._<br>Sarah Grossman-Swenson, Esq.<br>Nevada Bar No. 11979<br>1630 S. Commerce Street<br>Suite 1-A<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiff | By:_/s/ Brett Wendt_<br>Brett M. Wendt (*Pro Hac Vice*)<br>Fisher Phillips<br>1125 17th Street, Suite 2400<br>Denver, CO 80202<br><br>Scott M. Mahoney, SBN 1099<br>Fisher Phillips<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101 |

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 54398763.1

Amanda Brown (*Pro Hac Vice*)
Fisher Phillips
500 Crescent Court, Suite 300
Dallas, Texas 75201

*Attorneys for Defendant Panasonic Corporation of North America*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated:  April 3, 2025

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 54398763.1