UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TATYANA SILVA, | Case No. 3:23-CV-00556-ART-CLB |
| --- | --- |
| Plaintiff | **ORDER GRANTING *SUA SPONTE* EXTENSION OF TIME TO FILE OPPOSOTION TO MOTION FOR DISCOVERY DISPUTE** |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, INC., | |
| Defendant. | |

On November 9, 2023, Plaintiff Tatyana Silva initiated this action. (ECF No. 1.) On December 15, 2024, this Court issued its "Standing Order," which outlines the Court's informal discovery dispute mechanism that the parties are required to follow in this action. (ECF No. 9). Pursuant to this informal discovery dispute procedure, Defendant filed a "motion to compel regarding discovery dispute," on September 15, 2025. (ECF No. 50.) Pursuant to the Court's Standing Order, Plaintiff's response to this motion was due two (2) court days later. (*See* ECF No. 9 at 4.) However, to date, Plaintiff has not filed a response to this motion, nor has she requested an extension of time to file her response.

Accordingly, the Court will *sua sponte* grant Plaintiff an extension to **Friday, September 26, 2025 at 4:00 p.m.** to file her response to Defendant's motion. <u>No further extensions of time shall be granted</u>. Failure to file a response or opposition to the motion by this date may result in the Court granting Defendant's motion, in its entirety, as unopposed.

**IT IS SO ORDERED.**

DATED: September 24, 2025

_____
UNITED STATES MAGISTRATE JUDGE