Kimberley C. Weber, SBN 14434
Luke N. Dowling, SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, Nevada 8946
Phone: (702) 386-5107
Facsimile: (702) 386-9848
Email: kweber@msh.law
        ldowling@msh.law

*Attorneys for Plaintlf[Tatyana Silva*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Tatyana Silva,<br><br>              Plaintiff,<br><br>       v.<br><br>Panasonic Corporation of North America,<br>Inc., d/b/a/ Panasonic Energy Corporation<br>of North America, Inc., a Delaware<br>corporation; and DOES 1-10,<br><br>              Defendants. | Case No. 3:23-cv-00556-ART-CLB<br><br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF STIPULATION FOR SUBSTITUTION OF COUNSEL; REQUEST FOR EXTENSION; AND [PROPOSED] ORDER** |

**SECTION I – STIPULATION FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule IA 11-6(c), current counsel for Plaintiff submits this stipulation to substitute attorneys. This stipulation is signed by the newly-appearing counsel, the withdrawing counsel, and the represented client, Plaintiff Tatyana Silva. The undersigned parties seek approval from the Court granting this stipulation and ordering that Lorilei Yun Artiste and Michael P. Balaban will be counsel of record for Tatyana Silva. Meanwhile, the withdrawing counsel, Luke N. Dowling and Kimberley C. Weber, will withdraw and will be relieved from further responsibility in this case. By signing below, Tatyanna Silva consents to the substitution of counsel and entry of an order granting this stipulation.

**SECTION II – NEW COUNSEL CONTACT INFORMATION**

The party represented by the attorney(s) seeking to withdraw have retained the following new counsel, who are members in good standing of the Bar of this Court. Their contact information is:

| | |
|---|---|
| Lorilei Yun Artiste, SBN: 17340C | Michael P. Balaban, SBN: 9370 |
| Nevada Legal Services | Law Office of Michael P. Balaban |
| 701 E Bridger Ave., Ste. 400 | 10726 Del Rudini St., |
| Las Vegas, NV 89101 | Las Vegas, NV 89141 |
| lartiste@nevadalegalservices.org | mbalaban@balaban-law.com |
| Office: (702) 318-7937 | (702) 586-2964 |
| Cell: (301) 646-6400 | |

**SECTION III – REQUEST FOR EXTENSION (Second Request)**

Counsel is aware that under Local Rule IA 11-6, the incoming counsel is agreeing to the Court's current deadlines. Because finalizing and obtaining the retainer agreement took more time than anticipated, new counsel requests an additional one-week extension to file a response to Defendant's Motion for Sanctions (ECF No. [63].) Incoming counsel did not receive the full case file until January 29, 2026, after

REQUEST FOR APPROVAL OF STIPULATION FOR SUBSTITUTION OF COUNSEL;
REQUEST FOR EXTENSION; AND [PROPOSED] ORDER

obtaining the signed retainer. The requested new due date would be Wednesday, February 18, 2026.

**SECTION IV - SIGNATURES**

**Withdrawing Counsel:**

I am currently counsel of record in this case and  now seek to withdraw as counsel. I have given notice as required by Local Rule IA 11-6(c). I hereby request that I and any other attorney(s) in the firm McCracken, Stemerman & Holsberry, LLP be allowed to withdraw from this case.

Date: 01/29/2026                                   McCracken, Stemerman & Holsberry, LLP

Kimberley C. Weber, SBN 14434
5241 Spring Mountain Road, Bldg. B
Las Vegas, Nevada 8946
Phone: (702) 386-5107
Facsimile: (702) 386-9848
Email: kweber@msh.law

Date: 01/29/2026

Luke N. Dowling, SBN 16524
5241 Spring Mountain Road, Bldg. B
Las Vegas, Nevada 8946
Phone: (702) 386-5107
Facsimile: (702) 386-9848
Email: ldowling@msh.law

2

**New Counsel:**

I have been retained to appear as counsel of record in this case, and my name and contact information are given above. I am a member in good standing of the Bar of this Court.

Date: **Jan 30, 2026**

Nevada Legal Services

Lorilei Yun Artiste (Jan 30, 2026 08:57:11 PST)

Lorilei Yun Artiste, SBN: 17340C
701 E Bridger Ave., Ste. 400
Las Vegas, NV 89101
Phone: (702) 318-7937
Cell: (301) 646-6400
lartiste@nevadalegalservices.org

Date: 1/29/2026

Law Office of Michael P. Balaban

Michael P. Balaban, SBN: 9370
10726 Del Rudini St.,
Las Vegas, NV 89141
Phone: (702) 586-2964
mbalaban@balaban-law.com

**Party Represented by Withdrawing Counsel:**

I am currently represented by the Withdrawing Counsel listed above. I consent to the withdrawal of my current counsel, and to substitution of counsel as described above.

Date: **Jan 30, 2026**

Tanya Silva

Tatyana Silva

STIPULATION FOR SUBSTITUTION OF COUNSEL

## ORDER RE STIPULATION FOR SUBSTITUTION OF COUNSEL

The stipulation for the substitution of Plaintiff's counsel is hereby APPROVED.

Additionally, newly-appointed counsel's request for a one-week extension of time to file a response to Defendant's Motion for Sanctions. (ECF No. [63]), with good cause appearing, shall be GRANTED. Plaintiff shall have until Wednesday, February 18, 2026, to file a response to Defendant's Motion for Sanctions.

IT IS SO ORDERED.

Dated: ___February 2, 2026_____

_____
United States District Judge

1
[PROPOSED] ORDER

**PROOF OF SERVICE**

I hereby certify that on Friday, January 30, 2026, the documents listed below were electronically filed and served through the ECF system for the United States District Court for the District of Nevada or by regular U.S. mail upon the counsel not registered with the electronic system:

**REQUEST FOR APPROVAL OF STIPULATION FOR SUBSTITUTION OF COUNSEL; REQUEST FOR EXTENSION; AND [PROPOSED] ORDER**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Gydian McCready

PROOF OF SERVICE