**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TATYANA SILVA,<br><br>                              Plaintiff,<br><br>        v.<br><br>PANASONIC CORPORATION OF<br>NORTH AMERICA, INC.,<br><br>                              Defendant. | Case No. 3:23-CV-00556-ART-CLB<br><br>**ORDER GRANTING MOTION<br>TO WITHDRAW**<br><br>[ECF No. 77] |

Currently pending before the Court is a motion to withdraw filed by Plaintiff's counsel. (ECF No. 77.) Plaintiff's counsel states there was a substantial breakdown in communication such that "further representation has been rendered unreasonably difficult due to irreconcilable differences." (ECF No. 77-1 at 2.) Attached to the motion is a letter signed by Plaintiff consenting to the withdrawal, (*Id.* at 4-5), and Defendants state they do not oppose counsel's withdrawal.[1] (ECF No. 78.) Accordingly, the motion to withdraw is **GRANTED**.

**IT IS SO ORDERED**.

**DATED**: ___April 21, 2026_____

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1]     Although Defendants do not oppose counsel's withdrawal, they note Plaintiff will likely have to proceed *pro se*, which raises the following two issues: (1) Plaintiff does not appear to have a reliable address for court filings to be mailed to; and (2) Plaintiff may violate the protective order once her case file is turned over to her. Although the Court appreciates Defendants' concerns, neither is a proper basis for denying the motion to withdraw and the Court declines to issue any precautionary orders. Plaintiff is reminded that she is required to keep her address current and comply with all court orders, and that failure to do so may result in sanctions.