**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TATYANA SILVA,

                                   Plaintiff,

        v.

PANASONIC CORP. OF NORTH
AMERICA,

                                   Defendant.

Case No. 3:23-CV-00556-ART-CLB

**ORDER REGARDING PLAINTIFF'S MISCELLANEOUS MOTIONS**

[ECF Nos. 80, 82, 83]

Before the Court are three motions filed by *pro se* Plaintiff Tatyana Silva ("Silva"): (1) motion to expedite proceedings and recognize Silva's appearance as *pro se*, (ECF No. 80); (2) motion to unseal Court records, (ECF No. 82); and (3) motion for access to case docket and case materials, (ECF No. 83). For the reasons stated below, Silva's motion to expedite proceedings and recognize her appearance as *pro se*, (ECF No. 80), is granted in part and denied in part, her motion to unseal Court records, (ECF No. 82), is denied, and her motion for access to the case docket and case materials, (ECF No. 83), is granted.

**I.      MOTION TO EXPEDITE PROCEEDINGS AND RECOGNIZE PRO SE STATUS**

Silva first filed a motion to expedite the proceedings and to recognize her status as a *pro se* plaintiff. (ECF No. 80.) Here, the Court previously entered an order granting the withdrawal of Silva's prior counsel. (ECF No. 79.) However, the docket in this case was not fully updated to reflect that both of Silva's prior counsel had been terminated and to reflect Silva's contact information as a *pro se* party. The Court will update the docket to terminate both of Silva's prior counsel and to reflect the following contact information for Silva:

Tatyana Silva

tanyasilver77@icloud.com

(775) 567-8541

Thus, to the extent the motion seeks the docket reflect Silva's status as a *pro se* plaintiff, the motion is granted.

However, Silva's motion is denied to the extent she seeks to expedite the proceedings in this case. Due to the large volume of cases pending before the Court, the Court simply cannot address every motion or issue that arises in each case on an expedited basis. Silva must await the Court's review of cases and motions filed ahead of this case which are being addressed at present. Litigation may take years to conclude, and the Court encourages Silva to be patient with the process. If Silva keeps the Court apprised of her accurate contact information, Silva will receive all court decisions which might affect the status of this case.

## II.      MOTION TO UNSEAL COURT RECORDS

Next, Silva filed a motion to unseal Court records. (ECF No. 82.) Silva seeks an order "unsealing specific filings in this matter that have been designated as confidential or filed under seal." (*Id.* at 2.) Silva "requests that the Court review and unseal the following: Silva vs Panasonic 3:23-cv-00556 (collectively, the "Sealed Records")." (*Id.*) This request is improper because Silva does not actually identify any sealed filings. Moreover, a review of the docket shows there are no sealed filings in this case. Thus, Silva's motion is denied.

Silva is cautioned against making such requests in the future. "Judges are not like pigs, hunting for truffles buried in the record." *Murthy v. Missouri*, 603 U.S. 43, 67 n.7 (2024) (citation modified) (quoting *Gross v. Cicero*, 619 F.3d 697, 702 (2010)). Silva may not cite the entire docket in a case and expect the Court to do the work of reviewing each item to see if it fits within her request. In future filings, Silva must clearly identify the requested relief sought.

## III.     MOTION FOR ACCESS TO CASE DOCKET AND CASE MATERIALS

Finally, the Court will address Silva's motion for access to the case docket and case materials. (ECF No. 83.) Silva requests:

1. Instructions on how to access the electronic docket for her case (including

2

any necessary login credentials or registration steps); and

2. Guidance on how to obtain copies of ALL filings and ALL case documents while I await transfer of my file from former counsel.

(*Id.* at 2.) The Court will construe this motion as requesting a copy of the docket sheet in this case.

It is not the Court's obligation to provide litigants with copy services. However, in the interest of judicial economy, the Court will grant Silva's request, one time only. Should Silva need copies in the future, the Court will direct the Clerk to provide her with a copy order form, and Silva may order copies of documents at her own expense.

Additionally, it appears Silva desires to file and access documents electronically. To do so, she must file a separate motion seeking the Court's authorization to register as an electronic filer in this case specifically pursuant to the Court's Local Rule IC 2-1(b).

Before concluding, the Court reminds Silva that all parties, including parties proceeding *pro se*, are required to follow the Federal Rules of Civil Procedure and the Local Rules. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Although the Court will liberally construe *pro se* pleadings and will give some latitude to *pro se* litigants, a continued failure to follow the Court's Local Rules and the Rules of Civil Procedure may result in sanctions.

## IV.    CONCLUSION

**IT IS THEREFORE ORDERED** that Silva's motion to expedite proceedings and recognize her appearance as *pro se*, (ECF No. 80), is **GRANTED IN PART** and **DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent the docket will correctly terminate all of Silva's prior attorneys and to reflect Silva's Silva's information and the fact she is proceeding *pro se*, and

- The motion is **DENIED** to the extent Silva requests expedited proceedings.

///

///

3

**IT IS FURTHER ORDERED** that the docket be updated to reflect the following address for Silva:

**Tatyana Silva**

**tanyasilver77@icloud.com**

**(775) 567-8541**

The Clerk shall **EMAIL** a copy of this order to Silva at the above address.

**IT IS FURTHER ORDERED** that Silva's motion to unseal Court records, (ECF No. 82), is **DENIED**.

**IT IS FURTHER ORDERED** that Silva's motion for access to the case docket and case materials, (ECF No. 83), is **GRANTED**. The Clerk shall **SEND** Silva a copy of the docket sheet and a copy order form.

**DATED**: May 4, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**