Scott M. Mahoney, SBN 1099
Fisher Phillips
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Phone: (702) 252-3131
Facsimile: (702) 252-7411
Email: smahoney@fisherphillips.com

Additional Counsel on Signature Page

*Attorneys for Defendant Panasonic Corporation of North America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tatyana Silva,<br><br>Plaintiff,<br><br>vs.<br><br>Panasonic Corporation of North America, Inc., d/b/a/ Panasonic Energy Corporation of North America, Inc., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No: 3:23-cv-00556-ART-CBC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Defendant Panasonic Corporation of North America, Inc. ("Panasonic"), by and through its counsel of record, Fisher Phillips LLP, hereby files this motion seeking a thirty (30) day extension of time to file the Joint Proposed Discovery Plan and Scheduling Order. In support of the motion, Panasonic states as follows:

1. On February 20, 2026, the Court stayed discovery deadlines pending a Court ruling on Panasonic's Motion for Terminating Sanctions. The Court stated that if the case survives, counsel shall have thirty (30) days from the ruling to file a Joint Proposed Discovery Plan and Scheduling Order. ECF No. 72.

2. The Court subsequently entered its Order denying Panasonic's Motion for Terminating Sanctions on August 12, 2026. ECF No. 87.

3. The deadline to file the Joint Proposed Discovery Plan and Scheduling Order is today, September 11, 2026.

4. Panasonic respectfully requests an additional thirty (30) days to Monday, October 12, 2026, which is the next business day following the expiration of the requested extension, to file the Joint Proposed Discovery Plan and Scheduling Order.

5. Good cause exists for the requested extension. Panasonic is presently reviewing and evaluating the Court's Order denying terminating sanctions, including the Order's impact on the scope and manner in which this litigation may proceed. That evaluation bears directly on Panasonic's proposed approach to discovery, anticipated discovery needs, and the appropriate scheduling of the remaining proceedings.

6. In addition, Plaintiff is now proceeding without counsel. Panasonic needs a reasonable opportunity to confer with Plaintiff regarding the proposed discovery plan and scheduling order and to attempt in good faith to reach agreement on the matters required to be addressed in the parties' joint submission.

7. The requested thirty-day extension will provide the parties with sufficient time to confer meaningfully regarding discovery and scheduling following the Court's ruling and to submit a proposed plan that accurately reflects the posture of

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

the case.

8. The requested extension is not sought for purposes of undue delay or to prejudice Plaintiff. Rather, it is requested to ensure that the parties' proposed discovery plan and scheduling order are informed by the Court's recent ruling and the current posture of the case.

9. Panasonic therefore respectfully requests that the Court extend the deadline for filing the Joint Proposed Discovery Plan and Scheduling Order by thirty (30) days to October 12, 2026.

WHEREFORE, Panasonic respectfully requests that the Court enter an Order extending the deadline to file the Joint Proposed Discovery Plan and Scheduling Order by thirty (30) days, through and including October 12, 2026, and granting such other relief as the Court deems appropriate.

Dated: September 11, 2026.

FISHER & PHILLIPS, LLP,

*/s/ Amanda Brown*

Amanda Brown (*Pro Hac Vice*)
500 Crescent Court, Suite 300
Dallas, Texas 75201
Email: amebrown@fisherphillips.com

Brett M. Wendt (*Pro Hac Vice*)
1125 17th Street, Suite 2400
Denver, CO 80202
Email: bwendt@fisherphillips.com

Scott M. Mahoney, #1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Email: smahoney@fisherphillips.com

*Attorneys for Defendant Panasonic Corporation of North America, Inc.*

IT IS SO ORDERED.

DATE: September 14, 2026

UNITED STATES MAGISTRATE JUDGE