**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TATYANA SILVA,

Plaintiff,

v.

PANASONIC CORP. OF NORTH AMERICA, INC.,

Defendant.

Case No. 3:23-CV-00556-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR ELECTRONIC FILING**

[ECF No. 90]

On September 18, 2026, Plaintiff Tatyana Silva ("Silva") filed a motion to expedite her request for PACER or CM/ECF access. (ECF No. 90.) Silva points to a motion she filed in July of this year seeking such access. (*Id.*) However, that motion did not clearly seek access for Silva to electronically file and therefore the Court construed her motion as requesting a copy of the docket sheet in this case. (ECF No. 84 at 2-3.) The Court also noted that if Silva desired to file electronically in this case, she "must file a separate motion seeking the Court's authorization to register as an electronic filer in this case specifically pursuant to the Court's Local Rule IC 2-1(b)." (*Id.* at 3.) Therefore, there is no motion currently pending to expedite.

However, based on Silva's *pro se* status, the Court construes the instant motion as seeking permission to file electronically. Good cause appearing, Silva's motion is granted. In order for Silva to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Silva shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Silva is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS THEREFORE ORDERED** that Silva's motion for electronic filing, (ECF No.

90), is **GRANTED**.

**IT IS FURTHER ORDERED** that Silva must complete the attached form for Consent for Electronic Service of Documents.

**IT IS SO ORDERED**.

**DATED**: September 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**